# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

BASHIR A.O.,

               Petitioner,

   v.

TODD BLANCHE, *Acting U.S. Attorney General*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*;

MARCOS CHARLES, *Acting Executive Associate Director, Enforcement and Removal Operations, Immigration and Customs Enforcement*;

RYAN SHEA*, Sherrif, Freeborn County*,

               Respondents.

Civil No. 26-2426 (JRT/DLM)

**ORDER ADOPTING R&R**

---

Marc Prokosch, **PROKOSCH LAW LLC**, 1700 West Highway 36, Suite 570, Roseville, MN 55113, for Petitioner.

David W. Fuller, Jaymarie A. Miranda, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Federal Respondents.

David John Walker, **FREEBORN COUNTY ATTORNEY'S OFFICE,** Freeborn County Government Center, 411 South Broadway Avenue, Albert Lea, MN 56007, for Respondent Ryan Shea.

A Report and Recommendation (R&R) was issued by United States Magistrate Judge Douglas L. Micko on May 20, 2026.  (Docket No. 8.)  No timely objections to the Report and Recommendation have been received.  Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  The Report and Recommendation (Docket No. [8]) is **ADOPTED**.

2.  Petitioner Bashir A.O.'s Petition for Writ of Habeas Corpus (Docket No. [1]) is **GRANTED**.

3.  Respondents are ordered to release Petitioner Bashir. A.O. from custody

    a.  Immediately;

    b.  Inside the State of Minnesota;

    c.  With advance notice to counsel; and

    d.  With all of Petitioner's personal effects in Respondents' possession or control, including, but not limited to, Bashir A.O.'s driver's license, immigration paperwork and any and all other documents, cell phone, keys, clothing, and personal effects.

4.  **By 5:00 P.M. on May 29, 2026**, the parties shall provide the Court with a status update regarding Petitioner's release.  Further, the parties shall advise the Court at that time whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

-3-

DATED:  May 27, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                  United States District Judge