# UNITED STATES DISTRICT COURT

## District of Minnesota

Bashir Abdi Oogle,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, David Venturella, Marcos Charles, Ryan Shea,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2426 JRT/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petition for Writ of Habeas Corpus [1] has been granted and the Petitioner has been released. This case is closed.

Date: 6/2/2026

KATE M. FOGARTY, CLERK